December 17, 2010

Ms. Wanda McKee Fowler
Wright & Close LLP
Three Riverway Suite 600
Houston, TX 77056
Mr. Craig T. Enoch
Winstead PC
401 Congress Avenue, Suite 2100
Austin, TX 78701

RE: Case Number: 09-0048
 Court of Appeals Number: 10-06-00256-CV&10-08-00353-CV
 Trial Court Number: 2003-2308-4

Style: MCI SALES AND SERVICE, INC., F/K/A HAUSMAN BUS SALES, INC. AND
 MOTOR COACH INDUSTRIES MEXICO, S.A. DE C.V., F/K/A DINA AUTOBUSES,
 S.A. DE C.V.
 v.
 JAMES HINTON, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF
 DOLORES HINTON, DECEASED, ET AL.

Dear Counsel:

 Today the Supreme Court of Texas issued an opinion in the above-
referenced cause. The Motion to Take Judicial Notice is granted. You may
obtain a copy of the opinion at:
http://www.supreme.courts.state.tx.us/historical/recent.asp. If you would
like the opinion by email, please contact Claudia Jenks at
claudia.jenks@txcourts.gov or call (512)463-1312 ext. 41367. (Justice
Green not sitting)

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosure
|cc:|Ms. Sharri |
| |Roessler |
| |Ms. Karen Matkin|